# In the United States District Court for the Southern District of Georgia Waycross Division

MARLON ANDRES RIOS PIN,

      Petitioner,

   v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

      Respondent.

5:26-cv-379

## ORDER

Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 1. The Court directed Respondent to show cause why this Petitioner is not entitled to his requested relief. Dkt. No. 2. Respondent filed a Motion for a Bond Hearing and states he does not contest Petitioner's assertion that he is entitled to an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a). Dkt. No. 6 at 3.

Upon review, the Court **GRANTS in part** Petitioner's § 2241 Petition and Respondent's Motion for Bond Hearing and **ORDERS** Respondent to provide Petitioner with a bond hearing, as § 1226(a) requires, within seven (7) days of this Order. The Court **ORDERS** Respondent to comply with the immigration judge's conclusions in that bond hearing. To the extent the parties assert any additional claims, the Court declines to address those claims. The Court

**DIRECTS** the Clerk of Court to **CLOSE** this civil action and enter the appropriate judgment.

SO **ORDERED**, this ____ day of April, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA